UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ROBERT TRENT HOLLINGSWORTH, JONATHAN CADE PILCHER, JERRY TRAYLOR AND LOUISIANA SPORTSMEN ALLIANCE, LLC** | ) ) ) ) ) | **CIVIL ACTION NO.   16-cv-0675** |
| **VERSUS** | ) ) | **JUDGE DRELL** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, TOM VILSACK, THOMAS TIDWELL AND TONY TOOKE** | ) ) ) ) ) | **MAGISTRATE JUDGE PEREZ-MONTES** |

## SUBMISSION OF ADMINISTRATIVE RECORD

**COME NOW** Defendants, the United States Department of Agriculture, United States Forest Service, Secretary Tom Vilsack, Thomas Tidwell and Tony Tooke ("Federal Defendants"), by and through Stephanie A. Finley, the United States Attorney for the Western District of Louisiana and Katherine W. Vincent, Assistant United States Attorney, and pursuant to the Order filed September 20, 2016 accepting the parties' proposed Plan of Work in this case (Doc. 16), submit a certified copy of the Administrative Record of the United States Department of Agriculture, including a Declaration of Shannon B. Kelardy (Certification of the Administrative Record) and the Administrative Record which is contained on two (2) DVDs.   Disk 1 of 2 includes the Index and all associated records, and Disk 2 of 2 contains the supplemental materials.

                                      Respectfully submitted,

                                      STEPHANIE A. FINLEY
                                      United States Attorney

BY:    *s/ Katherine W. Vincent*
           KATHERINE W. VINCENT   (#18717)
           Assistant United States Attorney
           800 Lafayette Street, Suite 2200
           Lafayette, Louisiana 70501
           Telephone:    (337) 262-6618
           Facsimile:     (337) 262-6693
           Email:            katherine.vincent@usdoj.gov

Of Counsel:

MATTHEW A. TILDEN
Attorney, Office of the General Counsel
United States Department of Agriculture
1718 Peachtree Street, NW, Suite 576
Atlanta, Georgia   30309-2437
Telephone:    (404) 347-1086
Facsimile:     (844) 217-8320
Email:            matthew.tilden@ogc.usda.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 26, 2016, copies of the foregoing Submission of Administrative Record, Declaration of Certification, and Notice of Manual Attachment were filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.   I also certify that I have mailed by United States Postal Service the manual attachments to all known counsel of record at the following address:

    Christopher K. Ralston / Jeremy T. Grabill / Arthur R. Kraatz
    Phelps Dunbar, LLP - Canal Place
    365 Canal Street, Suite 2000
    New Orleans, LA   70130-6534

                                      *s/ Katherine W. Vincent*
                                      KATHERINE W. VINCENT   (#18717)
                                      Assistant United States Attorney