STEPHANIE A. FINLEY
United States Attorney
Western District of Louisiana

KATHERINE W. VINCENT
Assistant United States Attorney
Bar No. 18717
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618
Katherine.Vincent@usdoj.gov
*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT TRENT HOLLINGSWORTH**, *et al.*, Plaintiffs, | ) ) ) ) Civil Action No. 16cv675 |
| vs. | ) ) JUDGE DRELL |
| **TOM VILSACK**, *et al.*, Federal Defendants. | ) ) MAGISTRATE JUDGE ERE-MONTES ) |

## DECLARATION OF SHANNON B. KELARDY
## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, SHANNON B. KELARDY, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1. I am employed by the United States Department of Agriculture, Forest Service. I am stationed in Atlanta, Georgia. I am responsible for compiling the Administrative Record for the Environmental Assessment and Decision Notice/Finding of No Significant Impact (hereinafter, "Project"), which is the subject of this litigation.

2. The Administrative Record Index and Administrative Record are being filed with the

Court (in DVD format). The Administrative Record consists of two (2) DVDs which constitute the complete Administrative Record. DVD #1 of 2 consists of the Index and documents grouped into specific subject areas A – K. DVD #2 of 2 consists of supplemental materials. The Administrative Record consists of over 280 entries which consist of over 14,000 pages.

3. I hereby certify to the best of my knowledge that the materials which constitute the Administrative Record are complete, true and correct copies of the documents directly or indirectly considered by the Forest Service for this Project.

4. The Administrative Record is comprised of documents in Adobe Acrobat (PDF) format. The index and electronic copies of all documents in the Administrative Record were collected and saved onto two DVDs. All documents identified in the Administrative Record Index are hyper-linked to the actual documents in the Administrative Record on DVD #1 of 2. To view a document listed in the Administrative Record Index, one only has to click on the title of the document while holding down the Ctrl button to view the document. This Administrative Record was compiled, under my direction, by employees of the Forest Service.

5. I swear under the penalty of perjury that the foregoing is true and correct.

Dated this 25th day of October, 2016.

*Shannon B. Kelardy*
SHANNON B. KELARDY